```
Ira P. Rothken, Esq. (Cal. State Bar #160029)
THE ROTHKEN LAW FIRM
1050 Northgate Drive, Suite 520
San Rafael, CA  94903
Telephone: (415) 924-4250
Facsimile:  (415) 924-2905
Email: ira@techfirm.com
```

Attorney for Plaintiff, Friendfinder, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANSCISCO DIVISION

| | |
|---|---|
| FRIENDFINDER, INC., a California corporation,<br><br>   Plaintiff,<br><br>  v.<br><br>SUCCESSFULMATCH.COM., a California corporation,<br><br>   Defendant. | Case No. C 05-00518 JSW<br><br>[~~Proposed~~] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO LOCAL RULE 7-11 |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the Case Management Conference in this action is hereby continued to Friday, July 8, 2005 at 1:30 p.m. to allow Plaintiff time to file a motion for default judgment.  All Case Management Dates are continued sixty (60) days from their originally scheduled dates set forth in the ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE.

  IT IS SO ORDERED.

DATED: May 4, 2005      /s/ Jeffrey S. White
                THE HONORABLE JEFFREY S. WHITE
                UNITED STATES DISTRICT JUDGE

[~~proposed~~] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO LOCAL RULE 7-11
Friendfinder, Inc. v. Successfulmatch.com
U.S. Dist. Ct., N. Dist Cal.

-1-