Ira P. Rothken, Esq. (Cal. State Bar #160029)
THE ROTHKEN LAW FIRM
1050 Northgate Drive, Suite 520
San Rafael, CA 94903
Telephone: (415) 924-4250
Facsimile: (415) 924-2905
Email: ira@techfirm.com

Attorney for Plaintiff, Friendfinder, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANSCISCO DIVISION

| | |
|---|---|
| FRIENDFINDER, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SUCCESSFULMATCH.COM., a California corporation,<br><br>    Defendant. | Case No. C 05-00518 JSW<br><br>**[Proposed] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO LOCAL RULE 7-11** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the Case Management Conference in this action is hereby continued to Friday, August 19, 2005 at 1:30 p.m. to allow Plaintiff time to file a motion for default judgment. All Case Management Dates are continued forty-two (42) days from their originally scheduled dates set forth in the ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE.

    IT IS SO ORDERED.

DATED: July 6, 2005              /s/ Jeffrey S. White
                                                THE HONORABLE JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE