IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRIENDFINDER, INC.,

    Plaintiff,

v.

SUCCESSFULMATCH.COM,

    Defendant.

No. C 05-00518 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is currently set for hearing on January 6, 2006, on Defendant's motion to set aside default. The Court HEREBY ORDERS that the Plaintiff's opposition brief shall be due on September 2, 2005, and Defendant's reply, if any, shall be due on September 9, 2005.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 18, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE