Ira P. Rothken, Esq. (Cal. State Bar #160029)
THE ROTHKEN LAW FIRM
1050 Northgate Drive, Suite 520
San Rafael, CA 94903
Telephone: (415) 924-4250
Facsimile: (415) 924-2905
Email: ira@techfirm.com

Attorney for Plaintiff, Friendfinder, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANSCISCO DIVISION

| | |
|---|---|
| FRIENDFINDER, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SUCCESSFULMATCH.COM., a California corporation, <br><br> Defendant. | Case No. C 05-00518 JSW <br><br> **STIPULATION AND [Proposed] ORDER RE SETTLEMENT, VACATING CASE MANAGEMENT DATES AND SETTING STATUS CONFERENCE IN SIXTY DAYS** |

WHEREAS, the parties have reached a tentative settlement, pending execution of the settlement agreement and performance of the settlement terms; and

WHEREAS, there is currently a Case Management Conference set for Friday, January 6, 2006 at 1:30 p.m.; and

WHEREAS, the parties expect to have the settlement agreement and its terms executed within the next 60 days,

IT IS HEREBY STIPULATED AND AGREED that:

1. The Case Management Conference set for Friday, January 6, 2006 at 1:30 p.m. and all other case management dates be VACATED; and

2. This case be set for a Status Conference re Dismissal on Friday, March 10, 2006 at 1:30 p.m.

3. That the Status Conference on Friday, March 10, 2006 shall be taken off calendar upon filing of Dismissals of the Complaint and Counterclaims.

DATED: January 5, 2006  TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
Margaret C. McHugh, Esq., (State Bar #160029)
Attorney for Defendant
SUCCESSFULMATCH.COM

TOWNSEND AND TOWNSEND AND CREW LLP
Two Embarcadero Center, 8th Fl.
San Francisco CA 94111-3834
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

DATED: January 5, 2006  ROTHKEN LAW FIRM

By: _____
Ira P. Rothken, Esq., (State Bar #160029)
Attorney for Plaintiff
FRIENDFINDER, INC.

ROTHKEN LAW FIRM
1050 Northgate Drive, Suite 520
San Rafael, CA 94903
Telephone: (415) 924-4250
Facsimile: (415) 924-2905

**IT IS SO ORDERED.**

DATED: January 5, 2006  _____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

[STIPULATION AND [Proposed] ORDER RE SETTLEMENT, VACATING CASE MANAGEMENT DATES AND SETTING STATUS CONFERENCE IN SIXTY DAYS
Friendfinder, Inc. v. Successfulmatch.com
U.S. Dist. Ct., N. Dist Cal.

-2-