| | |
|---|---|
| 1 | Ira P. Rothken, Esq. (State Bar No. 160029) |
| | THE ROTHKEN LAW |
| 2 | 1050 Northgate Drive, Suite 520 |
| | San Rafael, CA 94903 |
| 3 | Telephone: (415) 924-4250 |
| | Facsimile: (415) 924-2905 |
| 4 | |
| | Attorneys for Plaintiff |
| 5 | FRIENDFINDER, INC. |
| 6 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | MARGARET C. MCHUGH (State Bar No. 133907) |
| 7 | MARY L. SHAPIRO (State Bar No. 201199) |
| | Two Embarcadero Center, Eighth Floor |
| 8 | San Francisco, California 94111 |
| | Telephone: (415) 576-0200 |
| 9 | Facsimile: (415) 576-0300 |
| 10 | Attorneys for Defendant |
| | SUCCESSFULMATCH.COM |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRIENDFINDER, INC., a California corporation, | Case No. C05 00518 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE (FRCP 41 (a))** |
| v. | |
| SUCCESSFULMATCH.COM, a California corporation, | |
| Defendant. | |
| SUCCESSFULMATCH.COM, a California corporation, | |
| Counterclaimant, | |
| v. | |
| FRIENDFINDER, INC., a California corporation, | |
| Counterdefendant. | |

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE (FRCP 41 (a))  -1-
CASE NO. C05 00518

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Friendfinder, Inc. and Defendant Successfulmatch.com, Inc., having fully compromised and settled the above-entitled action, hereby stipulate and agree, though their undersigned attorneys, that this action, the claims of Plaintiff as set forth in the pleadings in this action, and the counterclaims of Defendant as set forth in the pleadings in this action are hereby dismissed with prejudice and without cost to either party.

### STIPULATION OF DISMISSAL

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES HERETO THROUGH THEIR UNDERSIGNED COUNSEL, pursuant to Rule 41(a)(1) of the Federal Rules of Procedure, all claims and counterclaims in the above-entitled matter are dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: February 23, 2006    THE ROTHKEN LAW

By: _____
Ira P. Rothken

Attorney for Plaintiff and Counterdefendant
FRIENDFINDER, INC.

DATED: February 16, 2006    TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
Mary L. Shapiro

Attorneys for Defendant and Counterclaimant
SUCCESSFULMATCH.COM

### ORDER

The parties having stipulated and good cause appearing,

IT IS HEREBY ORDERED THAT the Complaint and Cross-Complaint herein are dismissed in their entirety with prejudice.

Date: March 1, 2006    _____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE